UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN GARCIA CHAVARRIA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX ICE DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-00052-DC-EFB (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 1, 11, 13) |

Petitioner proceeds in this petition for writ of habeas corpus under 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice that any objections were to be filed within fourteen days. ECF No. 11. Respondents filed objections to the findings and recommendations. ECF No. 12. Petitioner filed a response to those objections.[1] ECF No. 13.

---

[1] Petitioner's response also includes a motion to enforce judgment. ECF No. 13. Petitioner appears to misapprehend the findings and recommendations as entering judgment in his favor and ordering the relief he sought. But that is not the case. The findings and recommendations do not grant relief; instead, they recommend that the undersigned grant certain relief. Because there is no judgment to enforce, Petitioner's motion to enforce judgment (ECF No. 13) will be denied.

1

In their objections, Respondents state that they "maintain that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)," based on the arguments they raised in their opposition to the petition.  ECF No. 12.  However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See M.M. v. Bondi,* No. 1:26-cv-00813-DC-AC, 2026 WL 604200 (E.D. Cal. Mar. 4, 2026); *Nasar v. Warden*, No. 2:26-cv-00433-DC-AC, 2026 WL 731160 (E.D. Cal. Mar. 16, 2026). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 13, 2026 (ECF No. 11) are ADOPTED;

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is GRANTED;

3. Respondents are ordered to provide Petitioner with a bond hearing within seven days of the date of entry of this order, at which Respondents bear the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight to justify his continued detention;

4. Petitioner's request for attorneys' fees and costs pursuant to 28 U.S.C. § 2412 (ECF No. 1) is DENIED WITHOUT PREJUDICE to Petitioner bringing a properly noticed and supported motion seeking such fees and costs;

5. Petitioner's motion to enforce judgment (ECF No. 13) is DENIED; and

/////

/////

/////

/////

2

6.     The Clerk of the Court is directed to enter judgment in favor of Petitioner.

IT IS SO ORDERED.

Dated:    **March 24, 2026**

 

Dena Coggins
United States District Judge